HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
FIDELIO HERRERA-CHAIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> FIDELIO HERRERA-CHAIDEZ, <br><br> *Defendant*. | NO. 1:13-cr-00276 LJO-SKO-1 <br><br> STIPULATION TO VACATE STATUS CONFERENCE BEFORE JUDGE O'NEILL AND RESET BEFORE MAGISTRATE JUDGE OBERTO; ORDER Granting in part, and Denying in part. <br><br> Date:  September 30, 2013 <br> Time:  8:30 a.m. <br> Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for September 3, 2013, at 8:30 a.m. **may be vacated and the matter reset for September 30, 2013, at 1:00 p.m., before Magistrate Judge Sheila Oberto.**

At the initial appearance, counsel for defendant and government scheduled the matter before this Court with the understanding that it would be a fast-track case and the defendant would be in a position to enter a change of plea. To date, no fast-track offer has been extended. However, the parties have been engaged in plea negotiations and expect an offer to be forthcoming. It is unlikely that an offer will be extended before September 3, 2013, and thus unlikely that parties or the Court would benefit from keeping the status conference as scheduled. The parties respectfully request that the matter be reset on the

magistrate calendar for a further status conference to give the parties an opportunity to further engage in meaningful plea negotiations. The requested change will conserve time and resources for both counsel and the Court. The government has no objection to this request.

    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                                    BENJAMIN B. WAGNER
                                                   United States Attorney

DATED: August 21, 2013                 /s/ *Mia Giacomazzi*
                                                   MIA ANN GIACOMAZZI
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff


                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

DATED: August 21, 2013                 /s/ *Jerome Price*
                                                   JEROME PRICE
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 Fidelio Herrera-Chaidez


**O R D E R**

    The continuance, with a stipulated exclusion of time for further negotiations, is GRANTED. The request to return to Magistrate Judge Court is DENIED. Once a case comes to the District Court calendar, it does not go back. Change of Plea or Trial Setting is set for September 30, 2013 at 8:30am before the undersigned.

IT IS SO ORDERED.

**Dated:   August 22, 2013**         /s/  Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE